**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEBRASKA**

| | |
|---|---|
| In re: | )  Case No. 24-40046-BSK |
| | )  Honorable Brian S. Kruse |
| Jennifer M. Lennemann, | ) |
| | )   Chapter 11 |
| | ) |
| | ) |
| Debtor. | ) |

## OBJECTION TO CONFIRMATION OF PLAN

COMES NOW TD Bank, N.A. ("TD Bank"), a creditor in this case, and objects to confirmation of the Plan of Reorganization filed on July 10, 2024, by Debtor, on the following grounds:

1.      On or about January 8, 2022, TD Bank loaned Debtor monies for the purchase of a 2018 Lincoln Continental, VIN: 1LN6L9TK3J5612325 and holds a lien on the Title of said vehicle.

2.      TD Bank objects to the treatment of TD Bank's Class 2 Claim, specifically subsection iii, providing that any and all defaults under applicable loan documents … shall be deemed cured by the Plan.

3.      The curing of any default by confirmation of the Plan is inconsistent with the provision in that same aforesaid subsection providing for Debtor to continue to make regular monthly payments to TD Bank according to the terms of the Finance Agreement, which shall remain in effect, until the debt is paid in full.   Consequently, the Plan is ambiguous.

4.      Further, Debtor has been delinquent multiple times in her payments to TD Bank while this proceeding has been pending and is currently delinquent for the payment due July 22, 2024.

5.     The Plan's waiver of any default fails to adequately protect TD Bank.

WHEREFORE, TD Bank respectfully requests that confirmation of the Plan be denied,

and for such further relief as is just and proper.


Respectfully submitted,
RIEZMAN BERGER, P.C.

By: **/s/ Kathryn A. Klein**
Kathryn A. Klein
7700 Bonhomme Avenue, 7th Floor
St. Louis, Missouri 63105
(314) 727-0101 phone
(314) 727-1086 fax
klein@riezmanberger.com
Attorney for TD Bank

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was electronically served using the CM/ECF system to the following on July 25, 2024:

Patrick Raymond Turner
139 S. 144th Street, #665
Omaha NE 68010
ATTORNEY FOR DEBTOR

Jerry L. Jensen
111 S. 18th Plaza, Suite 1148
Omaha NE 68102
TRUSTEE

Amy Blackburn
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza, Ste 1148
Omaha, NE 68102
ATTORNEY FOR TRUSTEE

Michael R. Snyder
SNYDER & HILLIARD, P.C., L.L.O.
24 N Spruce St.
Ogallala, Nebraska, 69153

Thomas W. Tye II
Tye & Rowling, P.C., L.L.O.
1419 Central Avenue
P.O. Box 636
Kearney, NE 68848-0636

Michael J. Whaley
12910 Pierce Street, Suite 200
Omaha, NE 68124

I further certify that a copy of the foregoing document was served on the following parties by sending postage prepaid, in the United States Mail, by first-class mail to the following on July 25, 2024:

Jennifer M. Lennemann                                    Debtor
2000 E. 34th Street
Kearney NE 68847

**/s/ Kathryn A. Klein**