IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>**JENNIFER M. LENNEMANN,**<br><br>Debtor | **BK24-40046 BSK**<br><br>**CHAPTER 11** |

EXCHANGE BANK'S MOTION FOR ALLOWANCE OF POST PETITION INTEREST AND ATTORNEY FEES PURSUANT TO 11 U.S.C. §506(b) AND NOTICE OF OBJECTON DEADLINE

  EXCHANGE BANK is requesting allowance of post-petition interest, attorney fees and costs pursuant to 11 U.S.C. §506(b). In support of this Motion, Exchange Bank shows the Court that:

1. Exchange Bank's loan documents provide for a default interest rate of 18% per annum on all but one of its loans, and they provide that Debtor will pay the Bank's attorney fees if Exchange Bank is required to enforce the Promissory Notes or Deeds of Trust, or if Exchange Bank is required to protect its loans and liens in case the Borrower files bankruptcy.

2. Exchange Bank filed its claim number 1-1 in the amount of $960,821.36, plus interest accruing at the rate of $351.73 per day after January 23, 2024.

3. The value of the collateral that secures the Bank's claim exceeds the amount of the Bank's claim.

4. Exchange Bank has incurred attorney fees in the sum of $6,024.61, and expenses in the amount of $40.20 since the filing of this case, as more particularly set for on the attached statement. The fees on the attached statement are necessarily incurred and reasonable in amount.

5. Exchange Bank has also incurred an expense for an appraisal in the sum of $3,700 for the purpose of appraising the real estate that is pledged to secure the Bank's claim.

6. The attorney fees are billed at the rate of $275.00 per hour for the services of Michael R. Snyder. There are no other attorneys or legal assistants that have time billed on the attached statement. Attorney fees of $275.00 per hour for the services of Michael R. Snyder are usual, customary, fair and reasonable in the area of Central and Western Nebraska for attorneys with similar skills and experience in the area.

7. The claim arises pursuant to promissory notes, security agreements, and deeds of trust pursuant to which the Bank is entitled to recover attorney fees and costs incurred in connection with the bankruptcy proceedings of the borrower.

WHEREFORE, Exchange Bank moves for the allowance of interest on its claim at the rate of $351.73 per day from and after January 23, 2024, and attorney fees in the sum of $6,024.61 and expenses in the sum of $3,740.21 pursuant to pursuant to 11 U.S.C. §506(b).

NOTICE OF OBJECTION/RESISTANCE BAR DATE

The foregoing Motion is governed by Local Rule 9013. The last day to file an objection or resistance to the Motion is October 2, 2024. If there are no objections or resistance filed on or before said date, the Court may deem the matter unopposed and may grant the relief requested in the Motion.

EXCHANGE BANK,

By */s/ Michael R. Snyder*
Michael R. Snyder
SNYDER & HILLIARD, P.C., L.L.O.
24 N Spruce St.
Ogallala, Nebraska, 69153
308 284-7188
msnyder@snyderandhilliard.com

**CERTIFICATE OF SERVICE**

      I certify that on September 9, 2024, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to:

- **Amy Blackburn**     amy.b.blackburn@usdoj.gov, tammy.d.hydeman@usdoj.gov
- **Jerry L. Jensen**     ustpregion13.om.ecf@usdoj.gov
- **Kathryn Allene Klein**     rb_bank@riezmanberger.com, rbadmin@ecf.courtdrive.com
- **Michael R. Snyder**     msnyder@snyderandhilliard.com
- **Patrick Raymond Turner**     pturner@turnerlegalomaha.com, turnerpr97408@notify.bestcase.com
- **Thomas W. Tye**     twt2@tyelaw.com
- **Michael J. Whaley**     MWhaley@clinewilliams.com, tcampbell@clinewilliams.com

and I hereby certify that I have mailed the document on said date by First Class Mail, postage prepaid, to:
all parties on the attached matrix.

                                                  */s/ Michael R. Snyder*

| Customer | Date | Transaction type | Memo/Description | Amount |
|---|---|---|---|---:|
| Lennemann (Tom George) | 01/31/2024 | Invoice | 1/24/24 to 1/31/24 | $ 1,810.42 |
| Lennemann (Tom George) | 02/29/2024 | Invoice | | $ 1,441.26 |
| Lennemann (Tom George) | 03/31/2024 | Invoice | | $ 595.83 |
| Lennemann (Tom George) | 04/15/2024 | Invoice | | $ 91.67 |
| Lennemann (Tom George) | 07/15/2024 | Invoice | | $ 366.67 |
| Lennemann (Tom George) | 07/31/2024 | Invoice | | $ 1,191.67 |
| Lennemann (Tom George) | 08/15/2024 | Invoice | | $ 435.42 |
| Lennemann (Tom George) | 08/31/2024 | Invoice | | $ 91.67 |
| | | | | $ 6,024.61 |
| Lennemann (Tom George) | 01/24/2024 | Time Charge | To Buffalo County Courthouse :20; announce postponement of sale:20; to Kearney County Courthouse :40; announce postponement of sale :20, t/c Patrick Turner :20; T/c Kevin and Tom regarding bankruptcy strategies :30 | $ 687.50 |
| Lennemann (Tom George) | 01/25/2024 | Time Charge | Work on proof of claim :45, redaction of loan documents for filing in Bncy Court :20; Email exchanges Tom regarding information for Proof of Claim :15 | $ 366.67 |
| Lennemann (Tom George) | 01/26/2024 | Time Charge | Finish Proof of Claim :50, Docket Proof of Claim :10, email exchanges Tom G and P Turner to arrange appraisals:30 | $ 412.50 |
| Lennemann (Tom George) | 01/26/2024 | Time Charge | Email exchanges w/ Tom to gather and review financial information and appraisals :55, Email exchange P. Turner regarding setting up appraisals, adequate protection and cash collateral :20 | $ 343.75 |
| Lennemann (Tom George) | 02/16/2024 | Time Charge | Received and reviewed schedules and statement of affairs filed by debtor, :30 write to Tom and Kevin :15 | $ 206.25 |
| Lennemann (Tom George) | 02/19/2024 | Time Charge | Write to Parker and LeFever to inform of cancellation of Trustee's sale postponed to March 1 :15 | $ 68.75 |
| Lennemann (Tom George) | 02/23/2024 | Time Charge | Email exchange Tom/Kevin regarding rental expenses, adequate protection offer | $ 122.92 |
| Lennemann (Tom George) | 02/27/2024 | Time Charge | T/c Patrick Turner regarding adequate protection, use of cash collateral, stipulation for treatment of claim | $ 91.67 |
| Lennemann (Tom George) | 02/27/2024 | Time Charge | Begin draft of Adequate Protection/Permanent stipulation for treatment of claim | $ 516.25 |
| Lennemann (Tom George) | 02/28/2024 | Time Charge | Work on adequate protection/stipulation for permanent treatment of claim | $ 206.25 |
| Lennemann (Tom George) | 02/29/2024 | Time Charge | Participation in 341 Meeting with US Trustee and Debtor/attorney :30, additional edits/revisions to adequate protection stipulation :20 | $ 229.17 |
| Lennemann (Tom George) | 03/27/2024 | Time Charge | Further research on ▇▇▇▇▇▇▇ (1:30), final revisions to proposed stipulation for use of cash collateral, adequate protection, and treatment of the bank's claim (:25). Write to P. Turner with proposal (:15) | $ 595.83 |
| Lennemann (Tom George) | 04/08/2024 | Time Charge | Receive/review monthly operating stmts :10, write to Debtor's attorney for clarification :10 | $ 91.67 |
| Lennemann (Tom George) | 07/10/2024 | Time Charge | Receive and review Disclosure Statement 1:10 and write to Tom for his review :10 | $ 366.67 |
| Lennemann (Tom George) | 07/23/2024 | Time Charge | Review worksheet from Tom and Kevin regarding objections to disclosure statement :30; Conference call Tom and Kevin to discuss objections :45; Write to P Turner to resolve Objections informally :20 | $ 435.42 |
| Lennemann (Tom George) | 07/29/2024 | Time Charge | Review and correct plan documents to show the dates, filing dates, loan numbers, recording dates, of all of our DOTs and Notes and prepare worksheet for corrections 2:00; revise 506 Augment language :25; write to client :10, write to P Turner requesting these corrections :10. | $ 756.25 |
| Lennemann (Tom George) | 08/09/2024 | Time Charge | Compute payoff with interest to Sept. 1 :15, compute monthly payments on three interest rate scenarios :20, draft proposed plan language for agreed plan in Lennemann BK case :45, write to Turner with proposal for agreed plan :15 | $ 435.42 |
| Lennemann (Tom George) | 08/26/2024 | Time Charge | Received Notice of Default re TD Bank :10; Write to P Turner for operating reports May, June, July :10 | $ 91.67 |
| | | | | $ 6,024.61 |
| Lennemann (Tom George) | 01/26/2024 | Billable Expense Charge | Round Trip to Minden | 60mi with no markup | $ 40.20 |
| | | | | $ 40.20 |

# E**X**CEL APPRAISAL SOLUTIONS

**3811 Central Avenue, Suite G**
**Kearney, Nebraska  68847**

### Invoice

| | |
|---|---|
| Number | 12-24 |
| Date | 3/21/2024 |

| Bill To | Ship To |
|---|---|
| Exchange Bank<br>3110 2nd Avenue<br>Kearney, NE, 68847 | Exchange Bank<br>3110 2nd Avenue<br>Kearney, NE, 68847 |

| Appraiser | Terms | Customer | Code |
|---|---|---|---|
| TLH | N | Exchange Bank | H |

| Date | Description | Amount |
|---|---|---|
| 03/21/2024 | Appraisal - 2000 East 34th St., Kearney | $1,500.00 |
| 03/21/2024 | Appraisal - 205 E 6th, Axtell Property | $600.00 |
| 03/21/2024 | Appraisal - 1806 3rd Avenue, Kearney | $800.00 |
| 03/21/2024 | Appraisal - 2806 Ave. E, Kearney | $800.00 |

Total  $3,700.00

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0867-4<br>Case 24-40046-BSK<br>District of Nebraska<br>Lincoln Office<br>Mon Sep 9 13:56:21 CDT 2024 | Jennifer M. Lennemann<br>2000 E. 34th Street<br>Kearney, NE 68847-3910 | TD Bank, N.A.<br>c/o Riezman Berger, P.C.<br>7700 Bonhomme Avenue, 7th Floor<br>St. Louis, MO 63105-1960 |
| Thomas W. Tye II<br>1419 Central Avenue, PO Box 636<br>Kearney, NE 68848-0636 | Black Hills Energy<br>P.O. Box 6006<br>Rapid City, SD 57709-6006 | Bryan Health<br>804 22nd Ave.<br>Kearney, NE 68845-2206 |
| Buffalo County Treasurer<br>PO Box 1270<br>Kearney, NE 68848-1270 | CHI Health<br>10 E 31st Street<br>Kearney, NE 68847-2926 | Capital One<br>Attn: Payment Processing<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Credit Management Services, Inc.<br>PO Bo 1512<br>Grand Island, NE 68802-1512 | Exchange Bank<br>3110 2nd Avenue<br>Kearney, NE 68847-2905 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jennifer Rowling<br>Tye Rowling PC<br>1419 Central Ave.<br>Kearney, NE 68847-6855 | Kearney County Treasurer<br>424 N Colorado Ave.<br>Minden, NE 68959-1668 |
| Michael Snyder<br>4009 6th Ave.<br>Suite 37, Eagles Nest Plaza<br>Kearney, NE 68845-2386 | NPPD<br>611 Chicago Ave.<br>Plattsmouth, NE 68048-2062 | (p)NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 |
| Nelnet<br>Attn: Claims<br>P.O. Box: 82505<br>Lincoln, NE 68501-2505 | Northwestern Eneregy<br>1023 E. 25th Street<br>Kearney, NE 68847-4605 | Southern Power District<br>4550 West Husker Highway, PO Box 1687<br>Grand Island, NE 68803-6555 |
| Synchrony Bank<br>by AIS InfoSource LP as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Synchrony Bank / PayPal<br>Attn: Bankruptcy Dept.<br>P.O. Box 965061<br>Orlando, FL 32896-5061 | Synchrony Bank / TJ Maxx<br>Attn: Bankruptcy Dept.<br>P.O. Box 965064<br>Orlando, FL 32896-5064 |
| TD Auto Finance<br>PO Box 16039<br>Lewiston, ME 04243-9520 | TD Bank, N.A.<br>P.O. Box 16041<br>Lewiston ME 04243-9523 | US Department of Education c/o Nelnet<br>121 S 13th Street<br>Lincoln, NE 68508-1904 |
| Village of Axtell<br>419 Main Street<br>Axtell, NE 68924 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nebraska Department of Revenue
Bankruptcy Unit
P.O. Box 94818
Lincoln, NE 68509

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Exchange Bank
P O Box 397
Kearney

(u)Nebraska Public Power District

End of Label Matrix
Mailable recipients    27
Bypassed recipients     2
Total                  29