IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No.30-BKS |
| | ) | |
| Jennifer M. Lennemann, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## **MOTION TO DISMISS**

Acting United States Trustee (UST) for Region 13, through undersigned counsel, hereby moves for dismissal of this case pursuant to 11 U.S.C. § 1112(b) for cause, and further states as follows:

1. On January 23, 2024, Debtor filed a voluntary Chapter 11 bankruptcy petition.

2. On April 5, 2024, Debtor belatedly filed Monthly Operating Reports (MORs) for the months of January and February. (*See* Filing No. 21, 22, 23 and 24).

3. On May 3, Debtor belatedly filed a March MOR. (Filing No. 28).

4. On May 29, Debtor belatedly filed an April MOR. (Filing No. 29).

5. On July 25, 2024, the U.S. Trustee requested Debtor's Venmo and ash App statements by July 29, 2024. To date, Debtor has not provided these statements.

6. On August 26, the U.S. Trustee informed Debtor's counsel *via* email that insurance coverage for the 2018 Lincoln continental and the 2015 Hyundai Sonata expired 8/15/24 and requested documents showing coverage. To date, Debtor has not provided these requested insurance documents.

7. On August 30, Debtor belatedly filed a June MOR. (Filing No. 39).

8. Debtor has not filed an MOR for the month of July.

9. The Bankruptcy Code mandates dismissal or conversion of a case when cause exists. 11 U.S.C. § 1112(b)(1). Examples of cause listed in § 1112(b)(4) are not exhaustive but include:

> (A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation;
> \*\*\*
> (C) failure to maintain appropriate insurance that poses a risk to the estate or to the public;
> \*\*\*
> (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter;
> \*\*\*
> (H) failure timely to provide information … reasonably requested by the United States Trustee…;
> \*\*\*
> (K) failure to pay any fees or charges required under chapter 123 of title 28; …

10. The Court retains broad discretion to consider other factors, including lack of good faith, when determining whether to dismiss or convert a chapter 11 case. *All Denominational New Church v. Pelofsky* (*In re All Denominational New Church*), 268 B.R. 536, 537 (B.A.P. 8th Cir. 2001).

11. Pursuant to 11 U.S.C. § 1107(a), a debtor in possession in a Chapter 11 case assumes the rights and duties of a trustee and, accordingly, is treated as a fiduciary for the estate.

12. Pursuant to 11 U.S.C. § 1104(a)(3), if grounds exist to convert or dismiss the case pursuant to § 1112, the court may order the appointment of a trustee if the court determines that the appointment of a trustee is in the best interests of the estate.

13. Debtor has failed to respond to the UST's reasonable request for documentation showing insurance coverage. *See* §§ 1112(b)(1)(C), 1112(b)(1)(H).

14. Debtor has failed to respond to the UST's reasonable request for documentation showing her use of Venmo and Cash App. *See* § 1112(b)(1)(H).

15. Debtor has repeatedly failed to timely file MORs. *See* § 1112(b)(4)(F).

16. Debtor is delinquent in paying U.S. Trustee fees, which are calculated based on the monthly disbursements of a debtor and documented in a debtor's monthly filings with the Court. *See* § 1112(b)(4)(K).

17. Debtor currently owes outstanding quarterly fees in the amount of $250 through the second quarter of 2024.

18. Debtor's failure to pay the U.S. Trustee fees, file timely MORs, to respond to reasonable requests for information and documents and to maintain insurance coverage constitutes cause to dismiss this case.

WHEREFORE, the United States Trustee respectfully requests the Court deny dismiss this case for cause.

DATED:  September 12, 2024

Respectfully submitted,

JERRY L. JENSEN
ACTING UNITED STATES TRUSTEE

By: /s/ *Amy B. Blackburn*
Amy B. Blackburn (MO #48222)
Trial Attorney
Department of Justice, Office of the United States Trustee, Region 13
Roman L. Hruska U.S. Courthouse
111 S. 18th Plaza, Suite 1148
Omaha, NE 68102
Phone: (402) 221-4300
Amy.B.Blackburn@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2024, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system.

/s/ *Amy B. Blackburn*
Amy B. Blackburn

3