IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>**JENNIFER M. LENNEMANN,**<br><br>Debtor | **BK24-40046 BSK**<br><br>**CHAPTER 11** |

EXCHANGE BANK'S REQUEST FOR ADEQUATE PROTECTION AND
TO PROHIBIT USE OF CASH COLLATERAL AND
<u>NOTICE OF OBJECTON DEADLINE</u>

EXCHANGE BANK is secured creditor whose equity cushion is eroding and deteriorating. The Debtor is collecting rents on the Bank's collateral. The rents are cash collateral that the Debtor is required to segregate, and may not use without the Bank's consent. In support of this Motion, Exchange Bank shows the Court that:

1. Exchange Bank's secured claim is in the amount of $960,821.36 as of January 23, 2024. The principal amount of the claim is $846,482.51. The remaining $110,626.65 is pre-petition interest, late charges, and escrow advances for taxes or insurance.

2. The Bank's claim is secured by 4 rental properties that the debtor rents to others for short term residential rentals through services such as Airbnb. The Bank's security interest extends to post-petition rents from the rental properties. 11 U.S.C. § 552(b).

3. The value of the rental properties on the date that the petition was filed is $1,085,000.00.

4. Debtor has not made any payments to the Bank since the case was filed. Meanwhile, pursuant to the loan documents on which this claim is founded, interest is accruing on the unpaid principal balance at the rate of $351.73 per day.

At that rate, as of October 1, 2024, accrued interest will have used up $88,284.23 of the Bank's $124,178.64 equity cushion.

5. The Debtor has not paid the real estate taxes that are now delinquent on the rental property at 205 E. 6th, Axtell, Nebraska, in the amount of $1,289.52, and the delinquent taxes are accruing interest at 14% per annum according to Nebraska State Statute.

6. After eight months of Bankruptcy, the Debtor has not confirmed a plan, and has not paid any money to the Bank. At this rate, the Bank's equity cushion will be used up by early January, 2025.

7. The rents that Debtor is receiving from the rental of the Bank's collateral are cash collateral. 11 U.S.C. § 363(a). The Debtor is required to segregate and account to the Bank for cash collateral in Debtor's possession. 11 U.S.C. § 363(c)(4). The Debtor is not permitted to use the Bank's cash collateral without the Bank's consent or authorization by the court. 11 U.S.C. § 363(c)(2). The Bank does not consent to the use of its cash collateral, and the court has not authorized Debtor to use cash collateral.

8. Notwithstanding the provisions of 11 U.S.C. § 363, the Debtor is using the Bank's cash collateral and does not account for the use of the cash collateral until sometimes two months after the Debtor has used cash collateral. For instance, the monthly operating report for the month of June 2024 was not filed until August 30, 2024. Filing # 39.

9. Some of the cash collateral that the Debtor has been using appears to be for Mirror Image car wash, Sam's Club, Netflix, Amazon purchases, and unspecified checks written on the Debtor's bank account.

10. The Bank requests as adequate protection that the Debtor be required pay $10,698.45 per month to the Bank ($351.73/day times 365 days, divided by 12 months in year), commencing on the first day of the month following the entry of an order approving this request for adequate protection, to pay the real estate taxes and insurance premiums with respect to the four (4) rental properties prior to delinquency, and that the Debtor be prohibited from using the Bank's cash collateral for other purposes unless the Bank gives its prior written consent.

11. The Bank is aware that the Debtors operating expenses for the rental properties include expenses other than interest, taxes and insurance. The Bank suggests that Debtor provide a vendor list and periodic payment amounts for each vendor to the Bank for the purpose of developing an agreement for the use of cash collateral.

WHEREFORE, Exchange Bank moves for an Order that the Debtor pay $10,698.45 per month to Exchange Bank, commencing on the first day of the month following entry of the order approving this request for adequate protection, to pay the real estate taxes and insurance premiums with respect to the four (4) rental properties prior to delinquency, and that the Debtor be prohibited from using the Bank's cash collateral for other purposes unless the Bank gives its prior written consent.

NOTICE OF OBJECTION/RESISTANCE BAR DATE

The foregoing Motion is governed by Local Rule 9013. The last day to file an objection or resistance to the Request and Motion is October 15, 2024. If there are no objections or resistance filed on or before said date, the Court may deem the matter unopposed and may grant the relief requested in the Motion.

EXCHANGE BANK,

By */s/ Michael R. Snyder*
Michael R. Snyder
SNYDER & HILLIARD, P.C., L.L.O.
24 N Spruce St.
Ogallala, Nebraska, 69153
308 284-7188
msnyder@snyderandhilliard.com

**CERTIFICATE OF SERVICE**

I certify that on September 23, 2024, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to:

- **Amy Blackburn**   amy.b.blackburn@usdoj.gov, tammy.d.hydeman@usdoj.gov
- **Jerry L. Jensen**   ustpregion13.om.ecf@usdoj.gov
- **Kathryn Allene Klein**   rb_bank@riezmanberger.com, rbadmin@ecf.courtdrive.com

- **Michael R. Snyder**  msnyder@snyderandhilliard.com
- **Patrick Raymond Turner**  pturner@turnerlegalomaha.com, turnerpr97408@notify.bestcase.com
- **Thomas W. Tye**  twt2@tyelaw.com
- **Michael J. Whaley**  MWhaley@clinewilliams.com, tcampbell@clinewilliams.com

and I hereby certify that I have mailed the document on said date by First Class Mail, postage prepaid and properly addressed, to:
all parties on the attached matrix.

*/s/ Michael R. Snyder*

```
Label Matrix for local noticing        Jennifer M. Lennemann              TD Bank, N.A.
0867-4                                 2000 E. 34th Street                c/o Riezman Berger, P.C.
Case 24-40046-BSK                      Kearney, NE 68847-3910             7700 Bonhomme Avenue, 7th Floor
District of Nebraska                                                      St. Louis, MO 63105-1960
Lincoln Office
Mon Sep 23 13:17:02 CDT 2024

Thomas W. Tye II                       Black Hills Energy                 Bryan Health
1419 Central Avenue, PO Box 636        P.O. Box 6006                      804 22nd Ave.
Kearney, NE 68848-0636                 Rapid City, SD 57709-6006          Kearney, NE 68845-2206


Buffalo County Treasurer               CHI Health                         Capital One
PO Box 1270                            10 E 31st Street                   Attn: Payment Processing
Kearney, NE 68848-1270                 Kearney, NE 68847-2926             PO Box 71083
                                                                          Charlotte, NC 28272-1083


Capital One N.A.                       Credit Management Services, Inc.   Exchange Bank
by American InfoSource as agent        PO Bo 1512                         3110 2nd Avenue
PO Box 71083                           Grand Island, NE 68802-1512        Kearney, NE 68847-2905
Charlotte, NC  28272-1083


Internal Revenue Service               Jennifer Rowling                   Kearney County Treasurer
Centralized Insolvency Operation       Tye   Rowling PC                   424 N Colorado Ave.
P.O. Box 7346                          1419 Central Ave.                  Minden, NE 68959-1668
Philadelphia, PA 19101-7346            Kearney, NE 68847-6855


Michael Snyder                         NPPD                               (p)NEBRASKA DEPARTMENT OF REVENUE
4009 6th Ave.                          611 Chicago Ave.                   ATTN ATTENTION BANKRUPTCY UNIT
Suite 37, Eagles Nest Plaza            Plattsmouth, NE 68048-2062         PO BOX 94818
Kearney, NE 68845-2386                                                    LINCOLN NE 68509-4818


Nelnet                                 Northwestern Eneregy               Southern Power District
Attn: Claims                           1023 E. 25th Street                4550 West Husker Highway, PO Box 1687
P.O. Box: 82505                        Kearney, NE 68847-4605             Grand Island, NE 68803-6555
Lincoln, NE 68501-2505


Synchrony Bank                         Synchrony Bank / PayPal            Synchrony Bank / TJ Maxx
by AIS InfoSource LP as agent          Attn: Bankruptcy Dept.             Attn: Bankruptcy Dept.
PO Box 4457                            P.O. Box 965061                    P.O. Box 965064
Houston, TX  77210-4457                Orlando, FL 32896-5061             Orlando, FL 32896-5064


TD Auto Finance                        TD Bank, N.A.                      US Department of Education c/o Nelnet
PO Box 16039                           P.O. Box 16041                     121 S 13th Street
Lewiston, ME 04243-9520                Lewiston ME 04243-9523             Lincoln, NE 68508-1904


Village of Axtell
419 Main Street
Axtell, NE 68924
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nebraska Department of Revenue
Bankruptcy Unit
P.O. Box 94818
Lincoln, NE 68509

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Exchange Bank
P O Box 397
Kearney

(u)Nebraska Public Power District

End of Label Matrix
Mailable recipients   27
Bypassed recipients    2
Total                 29