# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| In re: Jennifer M. Lennemann, | ) | Chapter 11 |
|---|---|---|
|  | ) |  |
| Debtor. | ) | Case No. BK 24-40046-BSK |

## SUMMARY OF BALLOTS[1]

The following acceptances and rejections have been received:

| Class | Creditor | Accept / Reject | Amount | Ballot Numbers |
|---|---|---|---|---|
| 1 | Exchange Bank | No Objection to Plan | $960,821.36[2] | 0 of 1 |
| 2 | TD Bank | Accepts | $28,745.28 | 1 of 1 |
| 3 | Nelnet | No Objection to Plan | $12,902.51[3] | 0 of 1 |
| 4 | General Unsecured Creditors | Deemed to Accept | $29,616.76[4] | N/A |

Respectfully Submitted

                                            **Jennifer Lennemann, Debtor.**

By:    /s/ *Patrick R. Turner*
           TURNER LEGAL GROUP, LLC
           Patrick Turner (NE Bar No. 23461)
           139 S. 144th Street, Suite 665
           Omaha, Nebraska 68010
           Telephone: (402) 690-3675
           pturner@turnerlegalomaha.com

---

[1] Copies of the Ballots are attached hereto.
[2] Plus interest and fees per Plan.
[3] Proof of Claim.
[4] Estimate from Proofs of Claim and Schedules.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In re: Jennifer M. Lennemann, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. BK 24-40046-BSK |

### BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S PLAN OF REORGANIZATION

**Jennifer Lennemann**, as debtor and debtor-in-possession ("Debtor"), filed her Amended Plan of Reorganization (the "Plan"). A copy is included with this Ballot. The Plan can be confirmed by the Court and hereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class actually voting for or against the Plan. To have your vote count you must complete and return this ballot. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. If your ballot is not received by undersigned on or before **NOVEMBER 4, 2024,** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote. Classes 1 and 3 are entitled to vote for or against the Plan. If you have a question, please contact the undersigned counsel. If you have a question, please contact the undersigned counsel.

The undersigned, a creditor, or representative thereof, of the above-named Debtor in the unpaid principal amount(s) of $ _28,745.28_

__X__ **Accepts** / ____ **Rejects** the Plan of the above-named debtor.

Dated: _October 31, 2024_

Print or type name: _KATHRYN A. KLEIN_
Signed: _Kathryn A Klein_
[*If appropriate*] By: _____
as: _ATTORNEY FOR TD BANK_
Address: _7700 BONHOMME AVE._
_ST. LOUIS MO 63105_

**RETURN THIS BALLOT ON OR BEFORE NOVEMBER 4, 2024, TO BY FIRST CLASS MAIL OR BY ELECTRONIC MAIL:**

Patrick R. Turner (#23461)
Turner Legal Group, LLC
139 S. 144th Street, #665
Omaha, NE 68010
pturner@turnerlegalomaha.com