IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: | BK24-40046 BSK |
| **JENNIFER M. LENNEMANN,** | |
| **Debtor** | **CHAPTER 11** |

EXCHANGE BANK'S OBJECTION TO MOTION FOR TEMPORARY
RESTRAINING ORER AND FOR, PRELIMINARY INJUNCTION (Fil #131)

EXCHANGE BANK objects to the Debtor's Motion for Temporary Restraining Order and for Preliminary Injunction.

EXCHANGE BANK,

By */s/ Michael R. Snyder*
Michael R. Snyder
SNYDER & HILLIARD, P.C., L.L.O.
24 N Spruce St.
Ogallala, Nebraska, 69153
308 284-7188
msnyder@snyderandhilliard.com

CERTIFICATE OF SERVICE

The undersigned certifies that on August 20, 2025, I filed the foregoing using the Court's CMECF system, which sent electronic notice to:

- **Amy Blackburn    amy.b.blackburn@usdoj.gov, tammy.d.hydeman@usdoj.gov**
- **Jerry L. Jensen    ustpregion13.om.ecf@usdoj.gov**
- **Kathryn Allene Klein    rb_bank@riezmanberger.com, rbadmin@ecf.courtdrive.com**
- **Michael R. Snyder    msnyder@snyderandhilliard.com**

- **Patrick Raymond Turner     pturner@turnerlegalomaha.com, turnerpr97408@notify.bestcase.com;paralegal@turnerlegalomaha.com**
- **Thomas W. Tye     twt2@tyelaw.com**
- **Michael J. Whaley     MWhaley@clinewilliams.com, tcampbell@clinewilliams.com**

And on said date I mailed the document by United States Postal Service, postage prepaid and properly addressed to;
None others at this time.

*/s/ Michael R. Snyder*